EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte:<br><br><br>Aprobación de Cambio de Estatus Inactivo de agosto de 2024 | 2024 TSPR 102<br><br>214 DPR ___ |

Número del Caso:  EM-2024-0014

Fecha:  17 de septiembre de 2024

Materia: Aprobación de Cambio de Estatus Inactivo de agosto de 2024.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de Cambio de Estatus
Inactivo de agosto de 2024

EM-2024-0014

Sala de Verano integrada por la Jueza Presidenta Oronoz Rodríguez, el Juez Asociado señor Kolthoff Caraballo, el Juez Asociado señor Estrella Martínez y el Juez Asociado señor Colón Pérez

## RESOLUCIÓN

En San Juan, Puerto Rico, a 17 de septiembre de 2024.

Durante el periodo de agosto de 2024, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) a las abogadas y los abogados siguientes:

| | |
|---|---|
| Hiram Martínez López | 3,656 |
| Miriam R. Ramos Grateroles | 4,824 |
| Pedro A. Fuentes Rivera | 5,273 |
| César Nazario González | 6,585 |
| Carlos J. Bonilla Agosto | 6,823 |
| Fabiola Fernández Chaves | 8,323 |
| Maritza Rolón Ortiz | 10,566 |
| Roberto Maldonado Félix | 12,252 |
| Ruth Castro Algarín | 13,073 |
| Mariam Enid Landante | 19,422 |
| Ricardo J. Negrón Almodóvar | 20,085 |

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo